824

No. 239. FRANKFORT OIL CO. *v.* HEYSER ET AL. C. A. 10th Cir. Certiorari denied. *Louis A. Fischl* and *Joseph M. Culp* for petitioner.

No. 242. MILLER ET UX. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *James A. Greenwood* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *I. Henry Kutz* for the United States.

No. 243. LETCHOS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Anna R. Lavin* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore G. Gilinsky* for the United States.

No. 247. OHIO TURNPIKE COMMISSION *v.* S. J. GROVES & SONS CO. C. A. 6th Cir. Certiorari denied. *Thomas L. Dalrymple* for petitioner. *William E. Knepper* and *Ross W. Shumaker* for respondent.

No. 248. DEFINO *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Douglas, Sherman L. Cohn* and *J. F. Bishop* for the United States.

No. 250. BRANDENFELS *v.* DAY, POSTMASTER GENERAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Frank J. Delany* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for respondents.